IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| | § | CASE NUMBER 9:12-CR-00034-RC-JDL |
| v. | § § § | |
| AMBER MICHELLE CHRISTOPH, | § § § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of Magistrate Judge John D. Love which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Amber Michelle Christoph be committed to the custody of the Bureau of Prisons for a term of imprisonment of 12 months and 1 day, with no supervised release to follow, to run concurrently with the sentence imposed in Case No. 6:16-cr-00006-JRG, Eastern District of Texas, Tyler Division. The Court further **RECOMMENDS** that the place of confinement be FMC Carswell, if available.

**So Ordered and Signed**
**Nov 17, 2018**

_____
Ron Clark, Senior District Judge